15744.  LOUISVILLE & NASHVILLE RAILROAD COMPANY *et al. v.*
TOMLIN, administratrix.

BROYLES, C. J.  1.  When considered in the light of the facts of the case and the entire charge of the court, the instructions complained of contain no reversible error.

2.  The verdict in favor of the plaintiff, for $30,618, was authorized by the evidence, and is not shown to be excessive.  The refusal to grant a .new trial was not error.

　　*Judgment affirmed. Bloodworth, J., concurs. Luke, J., dissents.*

　　DECIDED MARCH 6, 1925.  REHEARING DENIED MARCH 27, 1925.

Action for damages; from city court of Atlanta—Judge Reid. May 22, 1924.

Certiorari was granted by the Supreme Court.

*McDaniel & Neely,* for plaintiff in error.

*Harwell, Fairman & Barrett,* contra.